UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CAROLYN SALZAR | § § | |
| v. | § § | CIVIL CASE NO. 4:22-CV-00341-SDJ-AGD |
| NORTH TEXAS MUNICIPAL WATER DISTRICT | § § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 17, 2023, the Report and Recommendation of the Magistrate Judge, (Dkt. #30), was entered containing proposed findings of fact and recommendation that North Texas Municipal Water District's Motion for Summary Judgment, (Dkt. #22), be granted. Having assessed the Report, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that North Texas Municipal Water District's Motion for Summary Judgment, (Dkt. #22), is **GRANTED**. Plaintiff Carolyn Salzar's claims are **DISMISSED WITH PREJUDICE**.

So ORDERED and SIGNED this 7th day of September, 2023.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE